UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
DIANA SONG QUIROGA
U.S. MAGISTRATE JUDGE
1300 VICTORIA STREET
LAREDO, TEXAS 78040

United States Courts
Southern District of Texas
RECEIVED

JAN 18 2022

Nathan Ochsner, Clerk
Laredo Division

Diana Song Quiroga
US Magistrate Judge
United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

$ 000.53



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1300 Victoria, Ste., 1131
Laredo, Texas 78040

United States Courts
Southern District of Texas
RECEIVED

JAN 1 8 2022

Nathan Ochsner, Clerk
Laredo Division

December 07, 2021

**United States District Clerk's
Paul Brown United States Courthouse
101 East Pecan Street Room 216
Sherman, Texas 75090**

**Re: Juan Angel Garza (4:05-CR-0072-02) / Laredo Case: 5:21-MJ-2568-01**

Dear Clerk,

Enclosed for Commitment to another District are Certified Copies of the following:

Commitment to Another District

Other relevant documents from proceedings conducted in this District are available thru ECF/PACER. Your assistance is much appreciated in completing this receipt.

Please don't hesitate to contact me if I can be of assistance.

Very truly yours,

Nathan Ochsner, CLERK

By: *Mayra Ramirez*
Mayra Ramirez, Judicial Support Specialist

Received and filed under Docket No. 4:05CR72 on 12/13, 2021.

CLERK, U. S. DISTRICT COURT, By: _____